Decided February 28, 2001

## STATE OF CONNECTICUT *v.* CHARLES JONES

## STATE OF CONNECTICUT *v.* JASPER DUDLEY

The defendants' petition for certification for appeal from the Appellate Court, 60 Conn. App. 866 (AC 18786/ AC 19057), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Cameron Dorman*, special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 28, 2001